UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOOP HQ, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEREMIAH CHURCH and TRES COMMA COMPLIANCE INC, <br><br> Defendants. | Civil Action No. 2:25-cv-12562-JKS-CF <br><br> **PRETRIAL SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure on **March 9, 2026**, and the parties having reviewed the Court's Civil Case Management Order as well as the Local Civil Rules, and for good cause shown,

**IT IS** on this day of March 9, 2026,

**ORDERED** that this matter will proceed as follows:

1. Plaintiff's first amendments to responses to Interrogatories and Document Requests by March 16, 2026.[1]

2. Plaintiff to propose search terms for Defendants' ESI by March 30, 2026.

3. By April 20, 2026, Plaintiff shall produce records responsive to Defendants' Document Request Number 72, a supplemental response to Defendants' Interrogatory Number 10, and documents sufficient to identify when Defendants' access to Plaintiff's systems was disabled; Defendants shall produce records pertaining to Defendants' marketing as described in Plaintiff's Document Request Number 15. Parties shall continue to produce all other responsive documents on a rolling basis.

4. Plaintiff to identify a Loop infrastructure liaison – a person with direct, working knowledge of Loop's technology infrastructure sufficient to confirm or correct the completeness of the data map and answer questions about the systems identified on it, specifically across system identification, data location, access/authentication, logging capability, and development infrastructure – by May 4, 2026.

5. Parties to present unresolved search term and custodian disputes to the Court by joint status letter by May 27, 2026.

6. Plaintiff to serve an affidavit confirming completeness and accuracy of its data map by June 1, 2026.

---

[1] This deadline does not preclude either party from identifying further deficiencies to the other party's discovery responses or to further amend their own discovery responses.

7. Parties to submit a joint proposed pretrial scheduling order addressing the remaining dates by May 13, 2026.

8. On April 27, 2026, the parties shall file a joint status letter updating the Court on the progress of discovery.

*s/Cari Fais*

**Hon. Cari Fais**
**United States Magistrate Judge**