**MURPHY ORLANDO LLC**
Jason F. Orlando, Esq. (#016482000)
Debra R. Rydarowski, Esq. (#004582007)
494 Broad Street, 5th Floor
Newark, NJ 07102
(201) 451-5000
*Attorneys for Plaintiff, Loop HQ, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| LOOP HQ, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH CHURCH and TRES COMMA COMPLIANCE INC,<br><br>Defendants. | Civil Action No. 2:25-cv-12562-JKS-CF<br><br>**AMENDED [PROPOSED] ORDER GRANTING MOTION TO SEAL MATERIALS** |

**THIS MATTER** having been brought before the Court by Murphy Orlando LLC, attorneys for Plaintiff Loop HQ, Inc. ("Loop"), on notice to Cole Schotz P.C., attorneys for Defendants Jeremiah Church and Tres Comma Compliance Inc., for an Order sealing materials, specifically, portions of the Letter re JSO and ESI Protocol to the Court which is filed on the Docket at Docket 48, the Court having considered the submissions and arguments of counsel, if any; and for the reasons set forth by the Court; and for good cause shown:

**IT IS HEREBY ORDERED** as follows:

1.      The exhibit to the Letter to the Court which is filed on the Docket at Docket 48 (Letter re JSO and ESI Protocol), contains an exhibit, Exhibit G, wherein Defendants' counsel refers to specific customer information set forth in Plaintiff's discovery responses.

2.      The Court, having considered this matter pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 5.3, finds that the above-referenced document contains

information that is competitively sensitive and confidential business information. It also identifies third parties who placed their confidence in Plaintiff.

3.      Thus, the redacted information is protectable and should remain redacted to protect the business interests of both Plaintiff and the third parties identified in Exhibit G, which may be harmed by the disclosure of this information.

4.      The Court further finds that the Letter has been redacted to seal only that information that had been designated Confidential such that no less restrictive alternative exists, there are no prior orders sealing the same materials in this action, and there are no known objections to the relief sought in this Motion.

Therefore, Loop's Motion to Seal portions of the Letter is **GRANTED**, and such portions of the Letter are hereby **SEALED**.

**SO ORDERED** this ___ day of _____, 2026.


_____
Honorable Cari Fais, U.S.M.J.