**MURPHY ORLANDO LLC**
Jason F. Orlando, Esq. (#016482000)
Debra R. Rydarowski, Esq. (#004582007)
Amanda K. Baker, Esq. (#534262025)
494 Broad Street, 5th Floor
Newark, NJ 07102
(201) 451-5000
*Attorneys for Plaintiff, Loop HQ, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LOOP HQ, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH CHURCH and TRES COMMA COMPLIANCE INC,<br><br>Defendants. | Civil Action No. 2:25-cv-12562<br><br>**NOTICE OF APPEARANCE** |

**To: The Clerk of Court and all parties of record**

I am admitted or otherwise authorized to practice in this Court, and I hereby enter my appearance in this matter on behalf of Loop HQ, Inc. ("Plaintiff"). I request that copies of all papers in this action be served upon me.

*/s/ Amanda K. Baker*

Amanda K. Baker, Esq.
**MURPHY ORLANDO LLC**

Dated: May 22, 2026