MURPHY ORLANDO LLC
*Attorneys at Law*

494 BROAD STREET • 5TH FLOOR • NEWARK, NJ 07102
*tel* 201.451.5000 • *fax* 201.451.5000
WWW.MURPHYORLANDO.COM

abaker@murphyorlando.com

AMANDA K. BAKER
*ASSOCIATE*

August 12, 2026

***Via CM/ECF***
Hon. Cari Fais, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**Re: Loop HQ, Inc. v. Jeremiah Church and Tres Comma Compliance, Inc.**
**Docket No. 2:25-cv-12562-JKS-CF**

Your Honor:

The parties respectfully and jointly request to extend Plaintiff's time to file the joint dispute letter and a separate letter regarding the status of the search term dispute ordered to be filed from today to tomorrow, August 13, 2026. [Dkt. 80].

The parties thank the Court for its attention to this matter.

Respectfully submitted,

Amanda K. Baker

Amanda K. Baker, Esq.

cc: All counsel of record via ECF