**MURPHY ORLANDO LLC**
Jason F. Orlando, Esq. (#016482000)
Debra R. Rydarowski, Esq. (#004582007)
Amanda K. Baker, Esq. (#534262025)
494 Broad Street, 5th Floor
Newark, NJ 07102
(201) 451-5000
*Attorneys for Plaintiff, Loop HQ, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LOOP HQ, INC.,<br>Plaintiff,<br>v.<br>JEREMIAH CHURCH and TRES COMMA COMPLIANCE INC,<br>Defendants. | Civil Action No. 2:25-cv-12562-JKS-CF<br><br>**STATEMENT PURSUANT TO LOCAL CIVIL RULE 7.1(d)(4)** |

Pursuant to Local Civil Rule 5.3(c), Plaintiff Loop HQ, Inc. ("Loop") respectfully moves to seal materials, specifically, portions of the Letter to the Court which is filed on the Docket at Docket 82 (Letter re AEO designations).

Pursuant to Local Civil Rule 7.1(d)(4), no brief in support of Loop's Motion is necessary because there are no legal issues as to the relief sought therein. In support of its Motion, Loop will rely on the Certification of Amanda K. Baker, Esq., and any submissions made hereafter.

Dated: August 18, 2026

Respectfully submitted,

**MURPHY ORLANDO LLC**

*s/ Amanda K. Baker*
Amanda K. Baker, Esq.
*Attorneys for Plaintiff, Loop HQ, Inc.*